BENJAMIN P. CLOWARD, ESQ.
Nevada Bar No. 11087
DILLON G. COIL, ESQ.
Nevada Bar No. 11541
**CLOWARD TRIAL LAWYERS**
6830 W. Oquendo Road, Suite 202
Las Vegas, Nevada 89118
Phone: (702) 605-5000
Fax: (702) 997-5000 m
E-mail: Ben@TheFierceFirm.com
E-mail: Dillon@TheFierceFirm.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID SECCOMBE, Individually; And CANNON SECCOMBE, A Minor, By And Through His Father And Natural Guardian DAVID SECCOMBE,<br><br>Plaintiffs,<br><br>Vs.<br><br>SWISS-LINK, INC. Doing Business As WAVIAN USA, A California Corporation; GREEN VALLEY INDUSTRIAL SUPPLIES EOT LTD, A United Kingdom Private Company; AMAZON.COM, INC., A Delaware Corporation; AMAZON.COM SERVICES LLC, A Delaware Limited Liability Company; ATLANTIC BRITISH PARTS LTD., A New York Corporation; ATLANTIC BRITISH ASSOCIATES, L.L.C., A New York Limited Liability Company; YAMAHA MOTOR CORPORATION, U.S.A., A California Corporation; YAMAHA MOTOR POWERED PRODUCTS CO., LTD., A Japanese Corporation; YAMAHA MOTOR CO., LTD., A Japanese Corporation; ICON DIRECT, LLC, Doing Business As RECPRO And RECPRO.COM, An Indiana Limited Liability Company; FOREST RIVER, INC., An Indiana Corporation; NORCOLD, INC., An Ohio Corporation; RVC, INC. Doing Business As ADVENTURE RV, A Wyoming Corporation; BLUE COMPASS RV, LLC (F/K/A RV | CASE NO.: 2:26-Cv-02286−RFB−MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO OPPOSE DEFENDANT RVC INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(B)(2)** |

CLOWARD TRIAL LAWYERS

RETAILER, LLC), A Delaware Limited Liability Company; BLUE COMPASS, LLC, A Delaware Limited Liability Company; DOE REFRIGERATOR INSTALLER; DOES 1–20; And ROE CORPORATIONS 1–20, Inclusive,

Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant RVC, INC. [“Defendant”], by and through its attorneys of record, that the deadline for Plaintiffs to file their opposition to Defendant RVC Inc.’s Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) [“Motion”] be extended.

Defendant’s Motion was filed on August 25, 2026. The current opposition deadline is September 8, 2026. Plaintiffs’ counsel requires additional time to oppose Defendant’s Motion due a scheduling conflict. This extension is not being sought to cause any undue delay. Therefore, the Parties hereby stipulate to extend the opposition deadline to September 22, 2026, and all subsequent briefing deadlines related to the Motion will be extended accordingly.

**IT IS SO STIPULATED.**

DATED: September 11, 2026.

**CLOWARD TRIAL LAWYERS**

*/s/ Dillon G. Coil*
BENJAMIN P. CLOWARD, ESQ.
Nevada Bar No. 11087
DILLON G. COIL, ESQ.
Nevada Bar No. 11541
6380 W. Oquendo Road, Ste. 202
Las Vegas, Nevada 89118
*Attorneys for Plaintiffs*

**BARRON & PRUITT, LLP**

*/s/ Joseph R. Meservy*
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant RVC, INC.*

*David Seccomb, et al. v. Swiss Link, Inc., et al.*
Case No. 2:26-Cv-02286–RFB–MDC

**ORDER**

**IT IS HEREBY ORDERED** that, based upon the foregoing Stipulation of the parties and good cause appearing, Plaintiffs are granted an extension to oppose Defendant RVC Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) through September 22, 2026, and all subsequent briefing deadlines related to the Motion shall be extended accordingly.

**IT IS SO ORDERED.**

______________________________
**Hon. Maximiliano D. Couvillier, III**
**UNITED STATES MAGISTRATE JUDGE**

DATED: September 15, 2026

*Respectfully submitted by:*

**CLOWARD TRIAL LAWYERS**

*/s/ Dillon G. Coil*
BENJAMIN P. CLOWARD, ESQ.
Nevada Bar No. 11087
DILLON G. COIL, ESQ.
Nevada Bar No. 11541
6380 W. Oquendo Road, Ste. 202
Las Vegas, Nevada 89118
*Attorneys for Plaintiffs*

CLOWARD TRIAL LAWYERS