**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*
*RVC, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVID SECCOMBE, individually; and CANNON SECCOMBE, a minor, by and through his father and natural guardian DAVID SECCOMBE,

Plaintiffs,

vs.

SWISS-LINK, INC. doing business as WAVIAN USA, a California corporation; GREEN VALLEY INDUSTRIAL SUPPLIES EOT LTD, a United Kingdom private company; AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; ATLANTIC BRITISH PARTS LTD., a New York corporation; ATLANTIC BRITISH ASSOCIATES, L.L.C., a New York limited liability company; YAMAHA MOTOR CORPORATION, U.S.A., a California corporation; YAMAHA MOTOR POWERED PRODUCTS CO., LTD., a Japanese corporation; YAMAHA MOTOR CO., LTD., a Japanese corporation; ICON DIRECT, LLC, doing business as RECPRO and RECPRO.COM, an Indiana limited liability company; FOREST RIVER, INC., an Indiana corporation; NORCOLD, INC., an Ohio corporation; RVC, INC. doing business as ADVENTURE RV, a Wyoming corporation; BLUE COMPASS RV, LLC (f/k/a RV RETAILER, LLC), a Delaware limited liability company; BLUE COMPASS, LLC, a Delaware limited liability company; DOE REFRIGERATOR INSTALLER; DOES 1–20; and ROE CORPORATIONS 1–20, inclusive,

Defendants

Case No: 2:26-cv-02286-RFB-MDC

**STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT REPLY IN SUPPORT OF DEFENDANT RVC INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(B)(2)**

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant RVC, INC. (hereinafter "Defendant") and Plaintiffs, by and through their attorneys of record, that the deadline for Defendant to file its reply in support of its Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) (hereinafter the "Motion") be extended.

Defendant's Motion was filed on August 25, 2026. Plaintiffs filed an Opposition thereto on September 22, 2026. The current reply deadline is September 29, 2026. Defendant's counsel requires additional time to respond to Plaintiff's Opposition due its length and the breadth of the jurisdictional issues it raises. The Opposition spans 22 pages and is accompanied by 9 exhibits, including declarations and documents setting forth factual assertions regarding Defendant's alleged contacts with Nevada. Defendants' counsel therefore requires additional time to review those materials, confer with Defendant regarding the factual assertions contained therein, and prepare a reply that adequately addresses the arguments raised. This extension is not being sought to cause any undue delay. Therefore, the Parties hereby stipulate to extend the Reply deadline to October 13, 2026.

**IT IS SO STIPULATED**

DATED: September 29, 2026

**BARRON & PRUITT, LLP**

*/s/ Joseph Meservy*
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, NV 89031
*Attorneys for Defendant RVC, Inc.*

**CLOWARD TRIAL LAWYERS**

*/s/ Benjamin P. Cloward*
BENJAMIN P. CLOWARD, ESQ.
Nevada Bar No. 11087
DILLON G. COIL, ESQ.
Nevada Bar No. 11541
6380 W. Oquendo Road, Ste. 202
Las Vegas, Nevada 89118
*Attorneys for Plaintiffs*

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

**ORDER**

**IT IS HEREBY ORDERED** that, based upon the foregoing Stipulation of the parties and good cause appearing, Defendant is granted an extension to file a Reply in Support of its Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) through October 13, 2026.

**IT IS SO ORDERED.**

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: October 2, 2026

*Respectfully submitted by:*

**BARRON & PRUITT, LLP**

*/s/ Joseph Meservy*
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, NV 89031
*Attorneys for Defendant RVC, Inc.*