**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*
*RVC, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVID SECCOMBE, individually; and CANNON SECCOMBE, a minor, by and through his father and natural guardian DAVID SECCOMBE,

Plaintiffs,

vs.

SWISS-LINK, INC. doing business as WAVIAN USA, a California corporation; GREEN VALLEY INDUSTRIAL SUPPLIES EOT LTD, a United Kingdom private company; AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; ATLANTIC BRITISH PARTS LTD., a New York corporation; ATLANTIC BRITISH ASSOCIATES, L.L.C., a New York limited liability company; YAMAHA MOTOR CORPORATION, U.S.A., a California corporation; YAMAHA MOTOR POWERED PRODUCTS CO., LTD., a Japanese corporation; YAMAHA MOTOR CO., LTD., a Japanese corporation; ICON DIRECT, LLC, doing business as RECPRO and RECPRO.COM, an Indiana limited liability company; FOREST RIVER, INC., an Indiana corporation; NORCOLD, INC., an Ohio corporation; RVC, INC. doing business as ADVENTURE RV, a Wyoming corporation; BLUE COMPASS RV, LLC (f/k/a RV RETAILER, LLC), a Delaware limited liability company; BLUE COMPASS, LLC, a Delaware limited liability company; DOE REFRIGERATOR INSTALLER; DOES 1–20; and ROE CORPORATIONS 1–20, inclusive,

Defendants

Case No: 2:26-cv-02286-RFB-MDC

**STIPULATION AND ORDER TO EXTEND TIME TO OPPOSE PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT LIMITED JURISIDICTIONAL DISCOVERY**

**BARRON & PRUITT, LLP**
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant RVC, INC. (hereinafter "Defendant") and Plaintiffs, by and through their attorneys of record, that the deadline for Defendant to file its Opposition to Plaintiffs' Motion for Leave to Conduct Limited Jurisdictional Discovery (hereinafter the "Motion") be extended.

Plaintiffs' Motion was filed on September 22, 2026, concurrently with their Opposition to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ P. 12(b)(2). The Parties previously stipulated to extend the deadline for Defendant to file a reply in support of its Motion to Dismiss for Lack of Personal Jurisdiction.[1] Likewise, the Parties now stipulate to extend the deadline for Defendant to oppose Plaintiffs' Motion for Leave to Conduct Limited Jurisdictional Discovery. The current Opposition deadline is October 6, 2026. Defendant's counsel requires additional time to respond to Plaintiffs' Motion given the factual overlap between said Motion and the underlying Opposition to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, which, as previously explained, spans 22 pages and is accompanied by numerous exhibits and documentary evidence that Defendant's counsel needs additional time to review.[2] This extension is not being sought to cause any undue delay. Therefore, the Parties hereby stipulate to

///

///

///

///

///

///

///

///

///

///

///

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

---

[1] *See* ECF No. 26.

[2] *See id.*

extend the Opposition deadline to October 13, 2026, and all subsequent briefing deadlines related to the Motion will be extended accordingly.

**IT IS SO STIPULATED.**

DATED: October 5, 2026

**BARRON & PRUITT, LLP**

*/s/ Joseph Meservy*
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, NV 89031
*Attorneys for Defendant RVC, Inc.*

**CLOWARD TRIAL LAWYERS**

*/s/*
BENJAMIN P. CLOWARD, ESQ.
Nevada Bar No. 11087
DILLON G. COIL, ESQ.
Nevada Bar No. 11541
6380 W. Oquendo Road, Ste. 202
Las Vegas, Nevada 89118
*Attorneys for Plaintiffs*

**ORDER**

**IT IS HEREBY ORDERED** that, based upon the foregoing Stipulation of the parties and good cause appearing, Defendant is granted an extension to oppose Plaintiffs' Motion for Leave to Conduct Limited Jurisdictional Discovery through October 13, 2026, and all subsequent briefing deadlines related to the Motion shall be extended accordingly.

**IT IS SO ORDERED.**

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: October 6, 2026

*Respectfully submitted by:*
**BARRON & PRUITT, LLP**

*/s/ Joseph Meservy*
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, NV 89031
*Attorneys for Defendant RVC, Inc.*

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950